# `UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201800041

_____

## UNITED STATES OF AMERICA
Appellee

v.

## ERIC L. BRUNS
Aviation Ordnanceman Third Class (E-4), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commander, Electronic Attack Wing, U.S.
Pacific Fleet, Oak Harbor, WA.
Staff Judge Advocate's Recommendation: Lieutenant Sarah R. Dorsett,
JAGC, USN.
For Appellant: Commander Mark Takla, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 29 May 2018

_____

Before MARKS, WOODARD, and GEIS, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court